# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY ADAMS, JR.

NO. 2025 KW 0793

**NOVEMBER 17, 2025**

---

In Re: Jimmy Adams, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 164130706.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The Washington Parish Office of the Clerk of Court has no record of an application for postconviction relief filed by relator and no record of a case docketed under "164130706."

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT